NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

Kevin T. Barnes, Esq. (#138477)
Gregg Lander, Esq. (#194018)
LAW OFFICES OF KEVIN T. BARNES
5670 Wilshire Boulevard, Suite 1460
Los Angeles, CA 90036-5664
Tel.: (323) 549-9100 / Fax: (323) 549-0101
Email: Barnes@kbarnes.com

Joseph Antonelli, Esq. (#137039)
Janelle Carney, Esq. (#201570)
LAW OFFICE OF JOSEPH ANTONELLI
14758 Pipeline Avenue, Suite E
Chino Hills, CA 91709-6025
Tel.: (909) 393-0223 / Fax: (909) 393-0471
Email: JAntonelli@antonellilaw.com

Ross E. Shanberg, Esq. (#179842)
Shane C. Stafford, Esq. (#216151)
SHANBERG, STAFFORD & BARTZ, LLP
19200 Von Karman Avenue, Suite 400
Irvine, CA 92612-8512
Tel: (949) 622-5444 / Fax: (949) 622-5448
Email: RShanberg@ssfirm.com

Attorneys for Plaintiff GRANT CASSERLY,
on behalf of himself and all others similarly situated

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT - SOUTHERN DIVISION

| | |
|---|---|
| GRANT CASSERLY, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RANDSTAD US, L.P., a Delaware limited partnership d/b/a "Randstad"; RANDSTAD HORIZONS, L.P., a Delaware limited partnership d/b/a "Randstad"; RANDSTAD INHOUSE SERVICES, L.P., a Delaware limited partnership d/b/a "Randstad"; ACCOUNTANTS INTERNATIONAL, L.P., a California limited partnership d/b/a "Randstad"; B2B WORKFORCE, L.P., a limited partnership, jurisdiction unknown d/b/a "Randstad"; CLINICAL ONE, an entity, form and jurisdiction unknown d/b/a "Randstad"; COMPLIANCE L.P., a Virginia limited partnership | Case No.: 8:12-cv-01023 DOC (ANx)<br>Honorable David O. Carter<br>Courtroom 9D<br><br>**ORDER:**<br><br>**1. CONDITIONALLY CERTIFYING SETTLEMENT CLASS;**<br><br>**2. PRELIMINARILY APPROVING PROPOSED SETTLEMENT;**<br><br>**3. APPROVING NOTICE TO CLASS AND FORM OF CLASS NOTICE; AND**<br><br>**4. SETTING HEARING FOR FINAL APPROVAL OF SETTLEMENT** |

4825-5792-6416.1                                - 1 -

**ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

LAW OFFICES OF
KEVIN T. BARNES
5670 WILSHIRE BLVD.
SUITE 1460
LOS ANGELES, CA
90036-5614
TEL: (323) 549-9100
FAX: (323) 549-0101
BARNES@KBARNES.COM

LAW OFFICES OF
KEVIN T. BARNES
5670 WILSHIRE BLVD.
SUITE 1460
LOS ANGELES, CA
90036-5614
TEL.: (323) 549-9100
FAX: (323) 549-0101
BARNES@KBARNES.COM

| | |
|---|---|
| d/b/a "Randstad"; DB CONCEPTS, an entity, form and jurisdiction unknown d/b/a "Randstad" (dismissed); DELTA PHARMA, L.P., an Illinois limited partnership d/b/a "Randstad"; HUMAN RESOURCES INTERNATIONAL, an entity, form and jurisdiction unknown d/b/a "Randstad" (dismissed); LOCUM MEDICAL GROUP, an entity, form and jurisdiction unknown d/b/a "Randstad"; OPIS, an entity, form and jurisdiction unknown d/b/a "Randstad" (dismissed); PLACEMENT PROS, L.P., a Delaware limited partnership d/b/a "Randstad"; RANDSTAD MANAGED SERVICES, an entity, form and jurisdiction unknown d/b/a "Randstad" (dismissed); RANDSTAD PROFESSIONALS US, L.P., a Delaware limited partnership d/b/a "Randstad"; SAPPHIRE TECHNOLOGIES, L.P., a Delaware limited partnership d/b/a "Randstad"; THINK RESOURCES, L.P., a Georgia limited partnership d/b/a "Randstad"; RANDSTAD GENERAL PARTNER (US), LLC, a limited liability company, jurisdication unknown; and DOES 1 to 100, inclusive,<br><br>Defendants. | Date:  September 10, 2012<br>Time:  8:30 am<br>Dept:  Courtroom 9D<br><br>Date filed: June 1, 2011<br>Date removed: June 21, 2012<br>Trial date: None set |

Plaintiff Grant Casserly ("Plaintiff") and Defendants RANDSTAD US, L.P., RANDSTAD HORIZONS, L.P., RANDSTAD INHOUSE SERVICES, L.P., ACCOUNTANTS INTERNATIONAL, L.P., B2B WORKFORCE, L.P., CLINICAL ONE, COMPLIANCE L.P., DELTA PHARMA, L.P., LOCUM MEDICAL GROUP, PLACEMENT PROS, L.P., RANDSTAD PROFESSIONALS US, L.P, SAPPHIRE TECHNOLOGIES, L.P., THINK RESOURCES, L.P. and RANDSTAD GENERAL PARTNER (US), LLC ("Defendants") (collectively "The Parties") have reached terms of a settlement in this putative class action.

4825-5792-6416.1                                            - 2 -

**ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

LAW OFFICES OF
KEVIN T. BARNES
5670 WILSHIRE BLVD.
SUITE 1460
LOS ANGELES, CA
90036-5614
TEL.: (323) 549-9100
FAX: (323) 549-0101
BARNES@KBARNES.COM

  The Motion of the parties for Preliminary Approval of a Class Action Settlement came on for hearing before this Court before the Honorable David O. Carter on September, 10, 2012 at 8:30 a.m.  The Parties submitted a Stipulation and Agreement of Compromise and Settlement ("Stipulation of Settlement") with attached Exhibits.  The Stipulation of Settlement between the Parties provides that the Parties stipulate to certification of a Class for settlement purposes only.  The Court, having considered the papers submitted in support of the Motion and having heard oral argument of the parties, HEREBY ORDERS THE FOLLOWING:

  1. The Court grants preliminary approval of the settlement of this action, based upon the terms set forth in the Stipulation of Settlement on file herein.  The Court preliminarily finds that the proposed class satisfies the requirements of a settlement class under Rule 23 of the Federal Rules of Civil Procedure.  The requirements of Rule 23(a) are satisfied because the proposed class is so numerous that joinder of all members is impracticable, there are questions of law or fact common to the class, the claims of Plaintiffs are typical of the claims of the class; and Plaintiffs will fairly and adequately protect the interests of the class.  The requirements of Rule 23(b) are satisfied because questions of law or fact common to all class members predominate over any questions affecting only individual class members.

  2. The Parties' settlement is granted preliminary approval as it meets the criteria for preliminary settlement approval and appears to be the product of arm's-length and informed negotiations and appears to be fair, adequate, and reasonable to the Class.

  3. After considering fully the parties' Stipulation of Settlement, and oral arguments of the parties' respective counsel, the Court hereby orders that the following persons are certified as Class members solely for the purpose of entering a settlement in this matter:  All persons employed as Account Managers and Recruiters (including any of Defendant's job positions with substantially similar

**ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

titles and/or duties during the Settlement Period, including but not limited to Staffing Consultants, Agents, Staffing Agents, Business Development Consultants, Executive Consulting Managers, Project Executives, Staffing Managers, Recruiting Managers/Executives, Account Executives, Assistant Branch Managers, Associates, Coordinators, Client Delivery Managers, Project Executives, and Sales Managers) in any of Defendant's facilities located in the State of California during the Settlement Period (defined as June 1, 2007 through Preliminary Approval herein or September 12, 2012, whichever is earlier). It shall be an opt-out class. Class members are not required to file claims to be eligible to be paid their share of the settlement funds unless they timely request exclusion from the settlement class. Class members will be bound by the terms of the settlement unless they submit a timely and proper Request for Exclusion form in accordance within 30 days after the mailing of the Class Notice by the Claims Administrator.

4.  Any class member who wishes to object to or comment on the settlement with respect to any terms of the settlement shall, in accordance with the Stipulation of Settlement, have 30 days after mailing of the Class Notice by the Claims Administrator to submit his or her objection or comment.

5.  The Court confirms RUST Consulting, Inc., as the claims administrator.

6.  The Court confirms the Law Offices of Kevin T. Barnes, Law Office of Joseph Antonelli and Law Offices of Shanberg, Stafford & Bartz LLP as Class Counsel.

7.  The Court confirms Grant Casserly as the Class Representative.

8.  The Court approves, as to form and content, the **(a)** Settlement Agreement and General Release (see Exhibit 1 to the Declaration of Kevin T. Barnes); **(b)** Notice of Proposed Class Action Settlement (see Exhibit 2 to the Declaration of Kevin T. Barnes); **(c)** Request for Exclusion Form (see Exhibit 3 to the Declaration of Kevin T. Barnes); and **(d)** [Proposed] Order Granting

4825-5792-6416.1    - 4 -
**ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**
LAW OFFICES OF KEVIN T. BARNES
5670 WILSHIRE BLVD.
SUITE 1460
LOS ANGELES, CA 90036-5614
TEL.: (323) 549-9100
FAX: (323) 549-0101
BARNES@KBARNES.COM

LAW OFFICES OF
KEVIN T. BARNES
5670 WILSHIRE BLVD.
SUITE 1460
LOS ANGELES, CA
90036-5614
TEL: (323) 549-9100
FAX: (323) 549-0101
BARNES@KBARNES.COM

1  Preliminary Approval of Class Action Settlement (see Exhibit 4 to the Declaration
2  of Kevin T. Barnes) .
3    9. The Court orders the following schedule of dates for further
4  proceedings:

| | | |
|---|---|---|
| a. | First Mailing of Notice, etc., to the Class: | October 20 , 2012 |
| b. | Follow-up mailing to Class (when mail returned): | 10 days after receipt of returned mail |
| c. | Deadline to postmark objections and/or Opt-Out: | November 19 , 2012 |
| d. | Filing date for Supplemental Briefs, Attorney's Fees Request and Request for Reimbursement of Costs: | November 26, 2012 |
| e. | Opposition (if at all) | December 3, 2012 |
| f. | Reply (if at all) | December 10, 2012 |
| g. | The Final Fairness Hearing and Approval Hearing, and the Hearing on the Request of Class Counsel for Approval of Attorneys' Fees and Expenses: | December 17, 2012 at 8:30 a.m. |

///
///
///
///
///
///
///
///

4825-5792-6416.1       - 5 -

**ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

LAW OFFICES OF
KEVIN T. BARNES
5670 WILSHIRE BLVD.
SUITE 1460
LOS ANGELES, CA
90036-5614
TEL.: (323) 549-9100
FAX: (323) 549-0101
BARNES@KBARNES.COM

10. The Court finds that the proposed notice plan, including the dates selected for the mailing and distribution of the Notice of Proposed Class Action Settlement and Request for Exclusion Form, as set forth in the Stipulation of Settlement, is constitutionally sound.  The Court finds that the individual notices containing the terms of the settlement, the rights under the settlement, the right to object to the settlement, and the right to participate or elect not to participate in the settlement, will be mailed to all class members whose identities are known to the parties, meet the requirements of due process and provide the best notice practicable under the circumstances and shall constitute due and sufficient notice to all persons entitled thereto.  The Court reserves the right to continue the date of the final approval hearing without further notice to class members.  The Court retains jurisdiction to consider all further applications arising out of or in connection with the Settlement.

**IT IS SO ORDERED**.

Dated: September 10, 2012

*David O. Carter*
Honorable David O. Carter
United States District Court

4825-5792-6416.1                                                              - 6 -

**ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**